**Arthur R. Carmano**
**Attorney at Law**

---

89 W. Palisades Ave, 2nd FL  
Englewood, New Jersey 07631

Telephone: (201) 227-9339  
Facsimile: (201) 227-9230  
Email: oceanlifeguard@aol.com

October 8, 2010

**Via Regular Mail**
TO ALL THE PARTIES INVOLVED ON THE ATTACHED LIST

Re:    Case No.:    Soon Lim Lee  
Chapter 7/Case No.: 10-34593 DHS

Dear Sir or Madam:

The undersigned represents the debtor in Chapter 7 Bankruptcy proceeding in the above captioned matter which was filed on 08/10/10.

Please note that the 341(a) meeting of creditors scheduled on 09/10/10 is now continued to 10/25/10 at 3:30pm.

The meeting will be held at the Office of the U.S. Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, New Jersey 07102.

Very truly yours,

Arthur R. Carmano, Esq.

ARC: sm  
cc: Donald V. Biase (Encl/Proof of Mailing)  
cc: United States Bankruptcy (Encl/Proof of Mailing)  
cc: United States Trustee (Encl/Proof of Mailing)  
cc: Soon Lim Lee

American Express
P.O Box 981535
El Paso, TX   79998


Bank of America
P.O. Box 15026
Wilmington, DE   19850


Bank Of America
P.O. Box 15019
Wilmington, DE   19886


Chase
P.O. Box 9001022
Louisville, KY   40290


Chase
P.O. Box 15153
Wilmington, DE   19886


Chase
P.O. Box 260180
Baton Rouge, LA   70826


Chase Card Services
P.O. Box 659409
San Antonio, TX   78265


CitiBusiness Card
P.O. Box 183051
Columbus, OH   43218


Citizens Automobile Finance
P.O Box 42002
Providence, RI   02940

Client Services, Inc
P.O. Box 1503
St. Peters, MO   63376


Collect Corp.
P.O. Box 101928 Dept 4947A
Birmingham, AL   35210


Financial Recovery Services, Inc
P.O. Box 385908
Minneapolis, MN   55438


GEM RECOVERY SYSTEM
1001 MCBRIDE AVE
LITTLE FALLS, NJ   07424


Holy Name Hospital
718 Teaneck Road
Teaneck, NJ   07666


Home Deport
Processing Center
Des Moines, IA   50365


Home Depot Credit Services
P.O. Box 653000
Dallas, TX   75265


Hubschman & Roman, P.C.
318 Bergen Blvd
Palisades Park, NJ   07650


JPMorgan Chase Bank N.A.
340 S. Cleveland Avenue Bldg 370
Westerville, OH   43081

NationWide Credit, Inc
3600 East University Dr, Ste B1350
Phoenix, AZ   85034


NCO Financial Systems, Inc
P.O. Box 15740
Wilmington, DE   19850


New York & Company
P.O. Box 182122
Columbus, OH   43218


Northland Group, Inc
P.O Box 390905
Minneapolis, MN   55439


Pro Consulting Services, Inc
Collections Division
P.O. Box 66768
Houston, TX   77266


Toyota Motor Credit
4 Gatehall Drive, Suite 350
Parsippany, NJ   07054


United Recovery Systems
P.O. Box 722910
Houston, TX   77272


Verizon Wireless
20 Alexander DRive
P.O Box 5029
Wallingford, CT   06492

Wachovia Bank
P.O Box 45092
Jacksonville, FL  32232


Wachovia Bank
P.O Box 96074
Charlotte, NC  28296


Wachovia Bank, NA
P.O Box 45038
Jacksonville, FL  32232


World Financial Network National Bank
P.O Box 182125
Columbus, OH  43218

Attorney(s): **Arthur R. Carmano**
Law Firm: **Carmano Law Firm**
Address: **89 West Palisade Avenue, #2**
**Englewood, New Jersey 07631**

Telephone No.: **(201) 227-9339**
Fax No.: **(201) 227-9230**
E-mail: **oceanlifeguard@aol.com**
Attorney(s) for:

**SOON LIM LEE**

Plaintiff(s)

vs.

Defendant(s)

SUPERIOR COURT OF NEW JERSEY
DISTRICT OF NEW JERSEY NEWARK DIVISION
_____ COUNTY

DOCKET NO.: _____

CIVIL ACTION

# Proof of Mailing

1. I, the undersigned, am **Arthur R. Carmano** attorney(s) for **Soon Lim Lee** _____ in the above-entitled action.

2. On **October 9, 2010**, I mailed in the U.S. Post Office in **ENGLEWOOD**, New Jersey, a sealed envelope with postage prepaid thereon, by [X] ordinary mail [ ] registered mail, return receipt requested [ ] certified mail, return receipt requested, containing **341(A) MEETING OF CREDITORS**

addressed to **ATTACHED SERVICE LIST** _____ at said addressee's last-known address.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: **October 9, 2010**

**Arthur R. Carmano**

3650 - Proof of Mailing
Rev. 3/99   P11/08

Powered by HotDocs®

©1999 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510